FILED
APR 18 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 13-40048-JPG |
| vs. ) | |
| ) | Title 18, United States Code, |
| RAY ALLEN FLENER, ) | Sections 1001 and 1038(a)(1) |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### Making a False Statement to a Federal Officer

On or about November 2, 2012, in Franklin County, within the Southern District of Illinois,

**RAY ALLEN FLENER,**

defendant, did willfully and knowingly make and cause to be made materially false and fictitious statements and representations in a matter within the jurisdiction of a department of the United States. FLENER told a Special Agent of the Federal Bureau of Investigation (FBI) that he had knowledge of a plan by a group called "the New World Order" to disrupt Election Day, on November 6, 2012, by using weapons and explosives. Specifically, FLENER told and showed the FBI agent the area in which the weapons and explosives allegedly had been stored in August of 2012. The statements and representations were false because, as FLENER then and there knew, he had no such knowledge of weapons and explosives having been stored at that location. It is further alleged that the offense involved domestic terrorism (as defined in section 2331 of Title 18); all in violation of Title 18, United States Code, Section 1001.

## COUNT 2

### Conveying a False Threat

On or about November 1, 2012, in Franklin County, within the Southern District of Illinois,

**RAY ALLEN FLENER,**

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would constitute a violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, FLENER told law enforcement officers from the Franklin County Sheriff's Office and the Federal Bureau of Investigation (FBI) that he had personal knowledge of a plan by a group called "the New World Order" to disrupt Election Day, November 6, 2012, by using weapons and explosives. All in violation of Title 18, United States Code, Section 1038(a)(1).

**A TRUE BILL**

F▮

_____
**WILLIAM E. COONAN**
Assistant United States Attorney

_____
**STEPHEN R. WIGGINTON**
United States Attorney

Recommended Bond: Detention

2